**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000458**
**14-NOV-2017**
**10:51 AM**

NO. CAAP-17-0000458

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellant,
v.
KRISTOPHER DELOS SANTOS, Defendant-Appellee.


APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 5PC-16-1-0004)


ORDER GRANTING THE OCTOBER 26, 2017
MOTION FOR ORDER DISMISSING APPEAL
(By: Nakamura, Chief Judge, Fujise and Chan, JJ.)

Upon consideration of "Plaintiff-Appellant State of Hawaii's Motion for Order Dismissing Appeal,"[1] filed on October 26, 2017, the papers in support and the record, and noting no opposition,

---

[1] The appeal is from Findings of Fact, Conclusions of Law and Order Granting Motion to Suppress Evidence and Statements Filed on February 15, 2017, entered by the Honorable Kathleen N.A. Watanabe.

IT IS HEREBY ORDERED that the motion is granted, and the appeal in Case No. CAAP-17-0000458 is dismissed.

DATED: Honolulu, Hawai'i, November 14, 2017.

Chief Judge

Associate Judge

Associate Judge